CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.          DATE: 2/1/2019          TIME: 1:05 p.m.
                                                  TIME IN COURT: 5 minutes

DOCKET NUMBER: CR 18-0560          TITLE: USA v. Lamar Terry

FILED
CLERK
2/1/2019 1:12 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

DEFT NAME: Lamar Terry
 X  PRESENT    ___ NOT PRESENT     X  IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT: Albert Dayan
 X  PRESENT    ___ NOT PRESENT                X  RET    ___ C.J.A.
                                              FED. DEF. OF NY, INC.

A.U.S.A. Mark Misorek                DEPUTY CLERK: Michele Savona

COURT REPORTER:   ___ P. AUERBACH   ___ E. COMBS   ___ P. LOMBARDI
  ___ F. GUERINO   ___ M. STEIGER   ___ D. TURSI   ___ O. WICKER   ___ S. PICOZZI

FTR: 1:04-0:06

 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___  FIRST APPEARANCE OF DEFENDANT.

___  DEFT(S) STATES TRUE NAME TO BE: _____

___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A
     NOT GUILTY PLEA TO THE CHARGES.

___  WAIVER OF INDICTMENT EXECUTED.

___  CASE ADJOURNED TO

___  BAIL CONTINUED FOR DEFENDANT.

___  DEFT. CONTINUED IN CUSTODY.

___  ORDER OF DETENTION ENTERED.

___  BAIL SET AT _____

 X   SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-         START DATE: 2/1/2019 XSTRT
                            STOP DATE:  3/7/2019 XSTOP

___  ARRAIGNMENT SET FOR _____

 X   OTHER: Status conference set for 3/7/2019 at 1:00 p.m.