

December 7, 2021

**VIA ECF**
The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Lamar Terry*, 18 Cr. 560 (DRH)

Dear Judge Hurley:

    I represent Lamar Terry in the above-captioned case. The parties are currently scheduled to appear for a telephonic status conference at 12:00 p.m. on December 8, 2021. ECF No. 101.

    I write to request respectfully that the Court adjourn tomorrow's telephonic status conference to a date in early January 2022 that is convenient for the Court.[1] The reason for this request is that I am out of the office to attend to an emergency personal matter and will be unavailable to appear by telephone. My mother has a terminal illness, she is rapidly deteriorating, and I will be with her and my family tomorrow to assist with her care and related matters. The government, through AUSA Christopher Caffarone, informed me it has no objection to this request.

    Thank you for the Court's consideration. If the Court has any questions relating to my emergency personal matter, I would be more than happy to address them in a sealed filing or email communications with Chambers.

    Respectfully submitted,

    /s

    Aaron Mysliwiec
    *Attorney for Lamar Terry*

cc:    AUSA Christopher Caffarone
    (via ECF)

---

[1] I am unavailable to appear by telephone in the afternoon of January 6, the morning of January 7, the afternoon of January 12, and the morning of January 14, 2022.