

December 7, 2021

**VIA ECF**
The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Lamar Terry*, **18 Cr. 560 (DRH)**

Dear Judge Hurley:

    I represent Lamar Terry in the above-captioned case. The parties are currently scheduled to appear for a telephonic status conference at 12:00 p.m. on December 8, 2021. ECF No. 101.

    I write to supplement my request to adjourn tomorrow's scheduled status conference, ECF No. 102, to request respectfully that the Court exclude the time between December 8, 2021 and the date of the rescheduled pretrial conference from Speedy Trial calculations, pursuant to 18 U.S.C. § 3161(h)(7).

    Thank you for the Court's consideration.

    Respectfully submitted,

    /s/

Aaron Mysliwiec
*Attorney for Lamar Terry*

cc:    AUSA Christopher Caffarone
       (via ECF)